ROBERT W. FREEMAN, ESQ.
Nevada Bar No. 003062
Email: Robert.Freeman@lewisbrisbois.com
DANIELLE C. MILLER, ESQ.
Nevada Bar No. 009127
Email: Danielle.Miller@lewisbrisbois.com
LEWIS BRISBOIS BISGAARD & SMITH LLP
6385 S. Rainbow Boulevard, Suite 600
Las Vegas, Nevada 89118
702.893.3383
FAX: 702.893.3789
*Attorneys for Defendant*
*State Farm Mutual Automobile*
*Insurance Company*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| TERESITA GONZALES, an individual;<br><br>Plaintiff,<br><br>vs.<br><br>STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY, an Illinois Company; DOES I through X; and ROE CORPORATIONS XI through XX,<br><br>Defendants. | CASE NO.: 2:15-cv-00428-GMN-CWH<br><br>**STIPULATION AND ORDER TO EXTEND DISCOVERY DEADLINES (FIRST REQUEST)**<br><br>**SUBMITTED IN COMPLIANCE WITH LR 26-1(e)** |

Defendant, State Farm Mutual Automobile Insurance Company ("State Farm"), and Plaintiff, Teresita Gonzales, by and through their respective counsel, and pursuant to Local Rule 26-4, stipulate to modify their discovery plan as follows:

1. Plaintiff filed her Complaint in the District Court for Clark County, Nevada on February 5, 2015. State Farm removed the action to this Court on March 11, 2015 (Doc. 1).

2. State Farm filed its answer to the Complaint on March 11, 2015 (Doc. 5).

3. The parties held their F.R.C.P. 26 conference on March 31, 2015 and filed their initial Stipulated Discovery Plan and Scheduling Order in compliance with F.R.C.P. 26(f) and LR 26-1(e) on April 1, 2015 (Doc. 10). In this initial discovery plan, the parties agreed to the following dates:

| | | |
|---|---|---|
| 1 | Last day of discovery: | September 15, 2015 |
| 2 | Last day to amend/add: | June 26, 2015 |
| 3 | Initial expert disclosure: | July 27, 2015 |
| 4 | Rebuttal expert disclosure: | August 26, 2015 |
| 5 | Dispositive motions filed: | October 23, 2015 |
| 6 | Joint pre-trial order: | November 20, 2015 |

This initial discovery plan was signed by United States Magistrate Judge Carl W. Hoffman on April 21, 2015 (Doc. 12).

4.   In compliance with Local Rule 26-4, the parties provide the following information regarding the discovery status:

   a.   <u>Discovery Completed</u>: The parties have exchanged initial disclosures of witnesses and documents, have served written discovery and conducted Plaintiff's deposition. State Farm is still in the process of independently obtaining Plaintiff's voluminous medical records from her medical providers arising out of the subject accident and providing them to State Farm's medical expert for review.

   b.   <u>Discovery that remains to be completed</u>: Additional time is needed for State Farm to obtain Plaintiff's relevant pre and post accident medical records. Additional depositions of Plaintiff's treating physicians may also be necessary, depending on further information provided in records that State Farm is still in the process of obtaining. Additional time is also needed for State Farm to conduct Plaintiff's Independent Medical Examination.

   c.   <u>Reasons why discovery was not completed</u>: The parties' current Discovery Plan and Scheduling Order (Doc. 12) does not provide sufficient time to allow State Farm to obtain all of Plaintiff's medical records, or to complete Plaintiff's Independent Medical Examination. Additional time for discovery is necessary to avoid prejudice and to facilitate a fair and just investigation of Plaintiff's alleged injuries and with respect to Plaintiff's claims against State Farm.

/ / /

d.   Proposed schedule for completion of remaining discovery (extension of remaining deadlines by approximately 60 days):

| | |
|---|---|
| Last day of discovery: | November 13, 2015 |
| Last day to amend/add: | August 25, 2015 |
| Initial expert disclosure: | September 25, 2015 |
| Rebuttal expert disclosure: | October 23, 2015 |
| Dispositive motions filed: | December 22, 2015 |
| Joint pre-trial order: | January 19, 2016 |

DATED this 2nd day of July, 2015.

LEWIS BRISBOIS BISGAARD & SMITH LLP

By  /s/ *Danielle C. Miller*
ROBERT W. FREEMAN, ESQ.
Nevada Bar No. 003062
DANIELLE C. MILLER, ESQ.
Nevada Bar No. 009127
6385 S. Rainbow Boulevard, Suite 600
Las Vegas, Nevada 89118
Telephone: (702) 893-3383
*Attorneys for Defendant State Farm Mutual Automobile Insurance Company*

DATED this 2nd day of July, 2015.

JAMES KWON, LLC

By  /s/ *James Kwon*
JAMES W. KWON, ESQ.
Nevada Bar No. 008146
5808 W. Spring Mountain Road, #107
Las Vegas, Nevada 89146
Telephone: 702-515-1200
*Attorneys for Plaintiff*

IT IS SO ORDERED:

_____
UNITED STATES MAGISTRATE JUDGE

DATED: July 6, 2015