ROBERT W. FREEMAN, ESQ.
Nevada Bar No. 003062
Email: Robert.Freeman@lewisbrisbois.com
DANIELLE C. MILLER, ESQ.
Nevada Bar No. 009127
Email: Danielle.Miller@lewisbrisbois.com
LEWIS BRISBOIS BISGAARD & SMITH LLP
6385 S. Rainbow Boulevard, Suite 600
Las Vegas, Nevada 89118
702.893.3383
FAX: 702.893.3789
*Attorneys for Defendant*
*State Farm Mutual Automobile*
*Insurance Company*

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| TERESITA GONZALES, an individual;<br><br>Plaintiff,<br><br>vs.<br><br>STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY, an Illinois Company; DOES I through X; and ROE CORPORATIONS XI through XX,<br><br>Defendants. | CASE NO.: 2:15-cv-00428-GMN-CWH<br><br>**STIPULATION AND ORDER FOR PRIVATE BINDING ARBITRATION AND TO STAY COURT PROCEEDINGS** |

Plaintiff TERESITA GONZALES ("Plaintiff") and Defendant STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY ("State Farm" or "Defendant"), by and through their counsel of record, hereby stipulate as follows:

1. Plaintiff's First Cause of Action for Breach of Contract, which is the only remaining cause of action, shall be resolved through binding arbitration in accordance with the terms of an Arbitration Agreement entered into by the parties.

2. Plaintiff's claims for extra-contractual damages (i.e., for Bad Faith and Unfair Claim Practices) and punitive damages will not be a part of the binding arbitration as Plaintiff's claims for extra-contractual damages and punitive damages were summarily disposed of on April 22, 2016, pursuant to the Court's Order granting State Farm's Motion for Partial Summary Judgment.

4834-7296-4403.1

3. The Arbitration shall be conducted at a time, date and location that is agreeable to the Parties and the Arbitrator.

4. Pending the completion of the arbitration hearing, this matter shall be stayed.

5. The parties expressly waive any right to trial by a judge or jury.

6. The parties expressly waive any right to appeal from the Arbitrator's award or any order made by the Arbitrator.

7. The award of the Arbitrator shall constitute a final determination of the First Cause of action contained in Plaintiff's Complaint (i.e., Plaintiff's claim for underinsured motorist benefits under the State Farm policy).

8. Pursuant to the terms of the Arbitration Agreement, the Parties will, upon conclusion of the Binding Arbitration, stipulate to dismissal of this action, with prejudice, reserving the right to this Court the authority to enforce the Agreement.

9. Pursuant to the terms of the Arbitration Agreement, the Arbitrator cannot award costs, interest, or attorneys' fees and the parties will bear their own attorneys' fees and costs.

10. The Arbitrator's fees shall be borne equally by the Parties as a non-recoverable item of costs.

DATED this 13th day of July, 2016.

DATED this 13th day of July, 2016.

LEWIS BRISBOIS BISGAARD & SMITH LLP

*/s/ James W. Kwon*

*/s/ Danielle C. Miller*

By _____
JAMES W. KWON, ESQ.
Nevada Bar No. 008146
5808 W. Spring Mountain Road, #107
Las Vegas, Nevada 89146
Telephone: 702-515-1200
*Attorneys for Plaintiff*

By _____
ROBERT W. FREEMAN, ESQ.
Nevada Bar No. 003062
DANIELLE C. MILLER, ESQ.
Nevada Bar No. 009127
6385 S. Rainbow Boulevard, Suite 600
Las Vegas, Nevada 89118
Telephone: (702) 893-3383
*Attorneys for Defendant State Farm Mutual Automobile Insurance Company*

## ORDER

IT IS SO ORDERED.

DATED this __18__ day of ____July____, 2016.

_____
UNITED STATES DISTRICT JUDGE

Respectfully Submitted by:

LEWIS BRISBOIS BISGAARD & SMITH LLP

/s/ Danielle C. Miller
_____
ROBERT W. FREEMAN, ESQ.
Nevada Bar No. 003062
DANIELLE C. MILLER, ESQ.
Nevada Bar No. 009127
6385 S. Rainbow Boulevard, Suite 600
Las Vegas, Nevada 89118
*Attorneys for Defendant State Farm Mutual Automobile Insurance Company*