ROBERT W. FREEMAN, ESQ.
Nevada Bar No. 003062
Email: Robert.Freeman@lewisbrisbois.com
DANIELLE C. MILLER, ESQ.
Nevada Bar No. 009127
Email: Danielle.Miller@lewisbrisbois.com
**LEWIS BRISBOIS BISGAARD & SMITH** LLP
6385 S. Rainbow Boulevard, Suite 600
Las Vegas, Nevada 89118
702.893.3383
FAX: 702.893.3789
*Attorneys for Defendant*
*State Farm Mutual Automobile*
*Insurance Company*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| TERESITA GONZALES, an individual;<br><br>Plaintiff,<br><br>vs.<br><br>STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY, an Illinois Company; DOES I through X; and ROE CORPORATIONS XI through XX,<br><br>Defendants. | CASE NO.: 2:15-cv-00428-GMN-CWH<br><br>**STIPULATION AND ORDER TO DISMISS WITH PREJUDICE** |

IT IS HEREBY STIPULATED and AGREED between Plaintiff TERESITA GONZALES ("Plaintiff"), by and through her counsel, JAMES KWON LAW OFFICE, and Defendant STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY ("State Farm") by and through its counsel, LEWIS BRISBOIS BISGAARD & SMITH LLP, that all of Plaintiff's

/ / /
/ / /
/ / /
/ / /
/ / /
/ / /

4849-8294-4827.1

claims and causes of action against State Farm in the above-entitled action shall be dismissed, with prejudice, each party to bear their own attorney's fees and costs.

DATED this __16__ day of November, 2016.    DATED this __22nd__ day of November, 2016.

JAMES KWON LAW OFFICE                     LEWIS BRISBOIS BISGAARD & SMITH LLP

By _____       By _____
   JAMES W. KWON, ESQ.                       ROBERT W. FREEMAN, ESQ.
   Nevada Bar No. 008146                     Nevada Bar No. 003062
   5808 W. Spring Mountain Road, #107        DANIELLE C. MILLER, ESQ.
   Las Vegas, Nevada 89146                   Nevada Bar No. 009127
   Telephone: 702-515-1200                   6385 S. Rainbow Boulevard, Suite 600
   *Attorneys for Plaintiff*                 Las Vegas, Nevada 89118
                                             Telephone: (702) 893-3383
                                             *Attorneys for Defendant State Farm*
                                             *Mutual Automobile Insurance Company*

## ORDER

IT IS SO ORDERED.

Dated this __28__ day of November, 2016.

_____
Gloria M. Navarro, Chief Judge
United States District Judge

Respectfully Submitted by:

LEWIS BRISBOIS BISGAARD & SMITH LLP

_____
ROBERT W. FREEMAN, ESQ.
Nevada Bar No. 003062
DANIELLE C. MILLER, ESQ.
Nevada Bar No. 009127
6385 S. Rainbow Boulevard, Suite 600
Las Vegas, Nevada 89118
*Attorneys for Defendant State Farm Mutual*
*Automobile Insurance Company*

4849-8294-4827.1                         2